District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARRETT LUND, individually,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant.

CASE NO. C16-1653-RSL

STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES

Noted for Consideration:
August 24, 2017

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following deadlines.

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Expert disclosure deadline | September 6, 2017 | October 9, 2017 |
| Rebuttal expert disclosure deadline | | November 3, 2017 |
| Discovery completion deadline | November 5, 2017 | November 24, 2017 |

The purpose for the extension is to give the parties additional time to collect medical records and conduct discovery on factual issues. This is the first request for extension of

STIPULATED MOTION FOR EXTENSION OF PRETRIAL
DEADLINES [C16-1653 RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

deadlines made by the parties with regard to the Court's January 23, 2017 Order Setting Bench Trial and Pretrial Dates (Dkt. No. 9). The new deadlines will not affect the other pretrial deadlines in this case.

**SO STIPULATED.**

Dated this 24th day of August, 2017.

                  *s/ Christopher Otorowski*
                  Christopher L. Otorowski, WSBA No. 8248
                  Otorowski, Morrow and Golden, P.L.L.C.
                  298 Winslow Way West
                  Bainbridge Island, WA 98110
                  clo@medilaw.com

                  Attorney for Plaintiff

**SO STIPULATED.**

Dated this 24th day of August, 2017.

                  *s/ Whitney Passmore*
                  WHITNEY PASSMORE, NC State Bar No. 38421
                  Assistant United States Attorney
                  United States Attorney's Office
                  700 Stewart Street, Suite 5220
                  Seattle, Washington 98101-1271
                  Phone: 206-553-7970
                  Fax: 206-553-4067
                  Email: Whitney.Passmore@usdoj.gov

                  Attorney for Defendant

STIPULATED MOTION FOR EXTENSION OF PRETRIAL
DEADLINES [C16-1653 RSL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

Dated this 31st day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR EXTENSION OF PRETRIAL
DEADLINES [C16-1653 RSL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970