District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARRETT LUND, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO. C16-1653-RSL<br><br>STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES<br><br>Noted for Consideration:<br>November 7, 2017 |

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following deadlines.

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Rebuttal expert disclosure deadline | November 3, 2017 | November 17, 2017 |
| Rebuttal expert disclosure deadline for Defendant's economist | | December 22, 2017 |

The purpose for the extension of the general expert witness deadline is to give both parties time to review and respond to the respective party's expert reports, including the raw

STIPULATED MOTION FOR EXTENSION OF PRETRIAL
DEADLINES [C16-1653 RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

testing data provided by Plaintiff's expert neuropsychologist, and complete depositions of named experts. The parties exchanged expert witness disclosures on October 10, 2017. At that time, the reports for Plaintiff's expert economist and vocational rehabilitation specialist were not available. Plaintiff's expert economist will not have an expert report finalized until November 8, 2017 and will not be deposed until the week of November 20. The parties stipulate and agree to an additional extension of the rebuttal witness deadline solely for the purpose of the United States to name a rebuttal economist. This limited, additional extension will allow the United States the opportunity to fully evaluate and respond to Plaintiff's economist's report. Plaintiff has agreed to waive a deposition of the United States' rebuttal expert, so the discovery deadline does not need to be extended. This is the second request for extension of deadlines made by the parties with regard to the Court's January 23, 2017 Order Setting Bench Trial and Pretrial Dates (Dkt. No. 9). The new deadlines will not affect the other pretrial deadlines in this case.

**SO STIPULATED.**

Dated this 7th day of November, 2017.

*s/ Christopher Otorowski*
Christopher L. Otorowski, WSBA No. 8248
Otorowski, Morrow and Golden, P.L.L.C.
298 Winslow Way West
Bainbridge Island, WA 98110
clo@medilaw.com

Attorney for Plaintiff

**SO STIPULATED.**

Dated this 7th day of November, 2017.

                                      *s/ Whitney Passmore*
                                      WHITNEY PASSMORE, NC State Bar No. 38421
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      700 Stewart Street, Suite 5220
                                      Seattle, Washington 98101-1271
                                      Phone: 206-553-7970
                                      Fax: 206-553-4067
                                      Email: Whitney.Passmore@usdoj.gov

                                      Attorney for Defendant

STIPULATED MOTION FOR EXTENSION OF PRETRIAL
DEADLINES [C16-1653 RSL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

Dated this 13th day of November, 2017.

*Robert S. Lasnik (signature)*

Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR EXTENSION OF PRETRIAL
DEADLINES [C16-1653 RSL] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970