District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARRETT LUND, individually,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | CASE NO. C16-1653 RSL<br><br>ORDER REFORMING CAPTION |

  Having reviewed the Notice of Substitution, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of the United States Postal Service.

//
//
//
//
//
//

Order Reforming Caption
C16-1653 RSL 1

| | |
|---|---|
| IT IS HEREBY ORDERED that the caption of this case be amended to read as follows: | |
| GARRETT LUND, individually, | CASE NO. C16-1653 RSL |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DATED this 30th day of May, 2018.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

*/s/ Whitney Passmore*
WHITNEY PASSMROE, Fla. # 91922
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: whitney.passmore@usdoj.gov

Order Reforming Caption
C16-1653 RSL 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970