The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| GARRETT LUND, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATE OF AMERICA,<br><br>Defendant. | Case No. C16-1653-RSL<br><br>STIPULATED SAME DAY MOTION FOR EXTENSION OF DEADLINE TO FILE MOTIONS IN LIMINE<br><br>**Noted on Motion Calendar:**<br>**August 6, 2018.** |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following deadline:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Motions in Limine | August 6, 2018 | August 13, 2018 |

The purpose for the extension of the motions in limine filing deadline is to allow Plaintiff additional time to confirm a tentative settlement with Defendant. A mediation in this case was held on Thursday, July 26, 2018. The parties reached a tentative settlement the following day, but the settlement is subject to confirmation by Plaintiff's counsel that a medical lien can be reduced. Plaintiff expected to receive confirmation from the lienholder that the lien could be reduced by Thursday, August 2, 2018; however, Plaintiff did not receive a response from the lienholder as of the end of the day on Friday, August 3, 2018. Counsel for the medical expense

STIPULATION FOR EXTENSION OF MOTIONS IN LIMINE DEADLINE
[Case No. C16-1653-RSL] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

lienholder has advised Plaintiff's counsel that confirmation of the lien reduction could be expected prior to Monday, August 13, 2018. Therefore, extending the motions in limine deadline by one week will allow Plaintiff's counsel time to confirm whether the tentative settlement can be finalized and eliminate any unnecessary use of time and resources by the Court or the parties. Accordingly, the parties respectfully request a one week extension of the deadline for submission of motions in limine to Monday, August 13, 2018.

**SO STIPULATED.**

Dated this 6th day of August, 2018.

      *s/ Christopher L. Otorowski*
      CHRISTOPHER OTOROWSKI, WSBA No. 8248
      Otorowski, Morrow and Golden, P.L.L.C.
      298 Winslow Way West
      Bainbridge Island, WA 98110
      Phone: 206-842-1000
      clo@medilaw.com

      Attorney for Plaintiff

**SO STIPULATED.**

Dated this 6th day of August, 2018.

      ANNETTE L. HAYES
      United States Attorney

      *s/ Whitney Passmore*
      WHITNEY PASSMORE, Fla. No. 91922
      Assistant United States Attorney
      United States Attorney's Office
      700 Stewart Street, Suite 5220
      Seattle, Washington 98101-1271
      Phone: 206-553-7970
      Email: Whitney.Passmore@usdoj.gov

      Attorney for Defendant

STIPULATION FOR EXTENSION OF MOTIONS IN LIMINE DEADLINE
[Case No. C16-1653-RSL] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## ORDER

**IT IS SO ORDERED.**

Dated this 7th day of August, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

STIPULATION FOR EXTENSION OF MOTIONS IN LIMINE DEADLINE
[Case No. C16-1653-RSL] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970